# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT CUVO and LISA CUVO, on behalf of the minor Child, A.C., | : : : : | |
| Plaintiffs, | : : | No. 3:18-cv-01210 |
| v. | : : | (Saporito, M.J.) |
| POCONO MOUNTAIN SCHOOL DISTRICT, et al., | : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 29th day of March, 2019, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The defendant's motion to dismiss (Doc. 14) is GRANTED in part and DENIED in part;

2. Count II of the amended complaint is DISMISSED as duplicative of Count I;

3. The plaintiffs' § 1983 claims against the individual defendants (Count I) are DISMISSED on qualified immunity grounds;

4. The plaintiffs § 1983 claims against the school district (Counts I and III) are DISMISSED for failure to state a claim pursuant

to Fed. R. Civ. P. 12(b)(6);

5. The plaintiffs state law claims (Counts IV and V) are permitted to proceed against all defendants;

6. All claims brought on behalf of Robert Cuvo and Lisa Cuvo in their personal capacities are DISMISSED;

7. The plaintiffs' punitive damages claims against defendants Haines, and Hollar in his official capacity, are dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6);

8. The plaintiffs are GRANTED leave to file a second amended complaint within twenty-one (21) days of the date of this order.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: March 29, 2019