# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT CUVO and LISA CUVO, on behalf of the minor Child, A.C., | : : : : | |
| Plaintiffs, | : : | No. 3:18-cv-01210 |
| v. | : : | (Saporito, M.J.) |
| POCONO MOUNTAIN SCHOOL DISTRICT, et al., | : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 23rd day of December, 2019, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The defendant's motion to dismiss (Doc. 29) is GRANTED in part and DENIED in part;

2. Count II of the amended complaint is DISMISSED as duplicative of Count I;

3. The motion to dismiss with respect to the plaintiffs' § 1983 claims against the individual defendants (Count I) is DENIED;

4. The plaintiffs § 1983 claims against the school district (Counts I and III) are DISMISSED for failure to state a claim pursuant

to Fed. R. Civ. P. 12(b)(6);

5. The plaintiffs state law claims (Counts IV and V) are permitted to proceed against all defendants; and

6. The plaintiffs' punitive damages claims against defendants Haines, and Hollar in his official capacity, are dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: December 23, 2019